**Opinion issued May 9, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-01034-CV

————————————

## JEAN USEN, Appellant

## V.

## MOHAMMED R. ALI AND SHAHANA ANJIUM, Appellees

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Case No. 18-CCV-063229**

---

## MEMORANDUM OPINION

Appellant, Jean Usen, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal

of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.